DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RUBEN TIRADO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2073

[November 20, 2025]

Appeal of a 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael I. Rothschild, Judge; L.T. Case No. 12-10262CF10A.

Ruben Tirado, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***